# COMPLAINT FORM

(for filers who are prisoners without lawyers)

(revised 10/10/2022)

IN THE UNITED STATES DISTRICT COURT

FOR THE Southern DISTRICT OF INDIANA

NIGELTRICE JOYNER
*(Full name of plaintiff(s))*

v.

GEO Group INC.
*(Full name of defendant(s))*
Mark Sevier
Scott Fitch
Bryan VanDervoet
Sammy Joseph
Barry Privett
Shane Nelson
Melissa Rutledge

**FILED**
**01/23/2023**
U.S. DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
Roger A.G. Sharpe, Clerk

Cause No. 1:23-cv-00138-TWP-MG
*(to be supplied by clerk of court)*

A. PARTIES

1. Plaintiff is a citizen of INDIANA *(State)*, and is located at

   _____
   *(Address of prison or jail)*

   *(If more than one plaintiff is filing, list address on another piece of paper)*

2. Defendant GEO GROUP INC, MARK SEVIER, Scott Fitch, BRYAN VANDERVORT, SAMMY JOSEPH, BARRY PRIVETT, SHANE NELSON, Melissa Rutledge
   Is (if a person or private corporation) a citizen of INDIANA, North CAROLINA
   *(State, if known)*

and (if a person) resides at 1000 VAN NUYS ROAD, NEWCASTLE, IN 47362
13777 Ballantyne Corporate PL. #200, Charlotte, NC 28277
(Address, if known)
and (if the defendant harmed you while performing defendant's job) worked for
Geo Group INC. 13777 Ballantyne Corporate PL Charlotte,
28277/MARK Sevier, Scott Fitch, Bryan VanDervort, Sammy Joseph, Barry
rivett, Shane Nelson, Melissa Rutledge, 1000 Van Nuys Road NEW Castle, IN
47362
(Employer's name and address if known)
(If you need to list more defendants, use another page)

B. STATEMENT OF CLAIM

On the space provided on the following pages, tell:

1. Who violated your rights;
2. What each defendant did;
3. When they did it;
4. Where it happened; and
5. Why they did it, if you know

Geo Group INC., negligence and responsible for not helping stop this racial discrimination, Eighth Amendment Right, as well as the First Amendment. My girlfriend Lola Williams first made the complaint, @ 10-24-22, @ 8:57am, to Geo Group Maria for 7 minutes and 37 seconds. Grievances was wrote of these complaints See Exhibit (A, B, K-1, H-1, J-1, I-1). On 10-27-22 a Facility secretary called with a verbal apology and said things will get fixed, But apologized for the harrassment, as well sexual during her visit with me, through the body scanner. Defamation of Character. From Sammy Joseph and Barry Privett racial discrimination, because I be on the phone so much that I'm selling drugs and bringing drugs into

1

the facility. I order some books from Amazon fullfilment Center. They are Kane 1,2,3,4, and Kane 1 came at 10-19-22 @ 3:22 pm I received that one. Kane 2,3,4 Books came @ 10-19-22 @ 5:19 pm tracking number #TBA303367796871. Wrote the mailroom on 10-20-22 (see Exhibit D-1) They didn't write me Back with a Signature stating who I talk to just saying I received one when they both was here. I wrote the mailroom on 10-26-22 and the said there computer say that they only received one and I got it on 10-24-22. On 10-28-22 I received a Confiscation paper saying 3 books (Exhibit E) was taken because they didn't come from Amazon fullfilment Center. When they did, my girl called Amazon and confirmed that, said the facility was lying. Resent the books buying them and they landed at 10-31-22 @ 2:50 pm tracking number TBA3035 27048981. I wrote the mailroom T. Kennedy and told him all the step I took so he stop lying and let him know I made a Carbon Copy of my Request. He confess that TA and Vandervort took my books to file a grievance (see Exhibit D3, E, B) Because they was acting Defamation of character, Racial

2

Discrimination, First and Eighth Amendment. I wrote Sammy Joseph and Bryan VanDervort. 11-1-22 @ 12:32 pm Lola Williams, my girlfriend talked to Bryan VanDervort and about the Harrassment at visit and my books and said they was resent and landed on 10-31-22 @ 2:50 pm. He lied to Geo and in a Email when my girlfriend called Maria 11-7-22 @ 10:31 am, talked for 7 minutes and 46 seconds. She said what Bryan VanDervort said in the email, But when he talked to my girlfriend he told her to never call her to call him. Violating the Right to Be Free from Interference. The Right to Assistance in Bringing Legal claim. Because contacting Geo is a Grievance process. As well when I made the issue to them about the facility, Sammy Joseph and Barry Privett, taking my legal papers out my property and stoping my Due process and Right to court Access, The Right to Assistance in Bring Legal claims, Right to be Free from Interference, The right to Be free from Retaliation for using the court System. Which I have one act lawsuit and one preparing on RDC Correctional Facility. The Geo Group Inc. was negligence in.

3

Mark Sevier was negligence and violated my rights because all the things Geo Group Inc. as well as all the grievance's I filed and as well request slip I sent to you on 11-13-22 Stating all my problems. (see Exhibit N. D) Segregation Restrictive housing review, all heads have a meeting about everyone done there and you signed off to all the problems. So you are aware to the First Amendment and Eighth Amendment right, violation of Due process. Federal rights. Free from Interference, The right to Assistance in Bring Legal claims. The right to be free from Retaliation for using the Court System.

Scott Fitch was negligence and violated my rights because all the things Geo Group Inc. was responsible for and Mark Sevier, I talk to you face to face on 11-17-22 about all the problem I was having and all the rights was violated. You said write you, but you never responded see carbon copy (Exhibit F) You as well violated my First and Eighth Amendment cruel and Unusual punishment, racial Discrimination.

4

Bryan VanDervort is negligence and responsible for violating my First Amendment and Eighth Amendment right. You never answered your phone and I wrote you on 11-1-22 about my books you ignored me and didn't do your job. I wrote you after my girlfriend on 10-30-22 @ 2:17pm and left a voicemail you never responded. My girlfriend had to call head Geo Group Inc., made a complaint on 10-24-22 @ 8:57am and talked for 7 minutes and 37 seconds. Maria said someone was gone call her about the problems with the books and harrassment at visitation. That never happened. On 10-31-22 @ 9:02am my girl called and the talked for 6 minutes and 31 seconds, telling that no one has called and Mr. Bryan VanDervort called @ 11-1-22 12:32 and talked to my girl for 16 minutes 55 seconds. Bryan VanDervort was notified about all the harrasment then and about my Books that was sent from Amazon fullfillment Center. He lied saying he dosen't know anything about when See (Exhibit D3) T. Kennedy said you took my books, agree with Sammy Joseph and Barry

5

Privett racial Discrimination saying my books Didn't come from Amazon Fullfillment Center when they Did see (Exhibit E, Q) On 11-7-22 @ 10:31 am for 7 minutes and 46 seconds Maria talk to my girl said Bryan VanDervert sent a email saying my books was taken because they didn't come from amazon fullfillment center which was a lie. On 11-1-22 you told my girl to never call Geo Group Inc. to call him when she has a problem. Trying to cover op with the problem and harrasment. You violated my Eighth Amendment and First Right to Read, publishers others have the to send them.

Sammy Joseph and Barry Privett are negligence and responsible for violating my First and Eighth Amendment, Harrassment on my girl coming to visit @ the facility. Racial Discrimination and Defamation of Character. Slander. Saying I was a herion dealer and making up lies. Racial Bias, because I be on the phone all the time assuming that I sale Herion is a lie. I Beat

6

the conduct, simply because he had no proof. Harrassment started visitation making my girl feel uncomfortable keep going through the body scanner, single pointing her out telling her to stay back and all the other visitors go ahead. Violating my Due process once I was locked up. You took all my Legal dowment, pending lawsuits, instead of copying them you just took them, lawsuits important notes and Due process I was working on RDC facility. Violation of The Right to Assitance in Bringing Legal claims, The Right to Be Free from Interference, The Right to Be free from Retaliation for using the court system. When I have other lawsuits I was working on taken all my legal notes and gave me no copies as well as legal mail. Just trying to provoke me because you cant admit you was wrong, Pride in the way cause you to be Racial Discrimination and violation of First and Eighth Amendment right. Took my Books I got my first Kane l Book. Listening to my phone calls hanging up my

7

Phone. See Exhibit (E, D1-D4) ⑥ lying saying my books didnt come from Amazon fullfillment center, still harrassing me. Trying to provoke me, Because he was wrong, so he trying prove I was a problem, which I was not, just trying to do my short 8 months time. See Exhibit (P, Q) (A-1-4, B-1-B3) violating the grievance policy see (Exhibit C) causing a bunch of problem to slow down my problems when they all know about the harrassment from them.

Shane Nelson and Melissa Rutledge is negligence and responsible for slowing my process down and violating the grievance policy not giving me a response date in policy time see (Exhibit C). As well pick and choose when my complaint are not real or grievanceable. See (Exhibit K-3) You said that I didnt try to resolve my issue, I follow all rules of Due process and Chain of command. Monteace came down called me out my name and open up the pipe chase and told me I dont deserve

8

Cold water in the cell as well as heat. My toilet was not working right never pulled me out the cell to work on toilet. See (B1-B3), (A3, H-1 and H-3 I-1 and I-3) all violation of Exhibit C Grievance policy 00-02-301. Intent to try to stop or hold up lawsuits and due process violation of Right to be Free from Interference, Free from Retaliation for using the Court system. Cruel and Unusual punishment, Stress, First, Sixth, Eighth Amendment. Racial Discrimination.

C. JURISDICTION

☑ I am suing for a violation of federal law under 28 U.S.C. § 1331

OR

☐ I AM SUING UDNER STATE LAW. The state citizenship of the plaintiff(s) is (are) different from the state citizenship of every defendant, and the amount of money at stake in this case (not counting interest and costs) is $_____

D. RELIEF WANTED

Describe what you want the court to do if you win your lawsuit. Examples may include an award of money or any order telling defendants to do something or stop doing something.

I am seeking $250,000.00 for all my pain and suffering. I want policy of harassment, started in someone complaing about this central office comes down do an invesigation. Geo Group Inc. walk to Every dorm and Seg room ask them there problem they are having.

E. JURY DEMAND

☑ Jury Demand – I want a jury to hear my case

OR

☐ Court Trial – I want a judge to hear my case

Dated this 16 day of December, 2022

Respectfully Submitted,

_Nigel Joyner_
Signature of Plaintiff

150058
Plaintiff's Prison ID Number

1600 VAN NUYS ROAD
Plaintiff's Mailing Address

NEW CASTLE, IN 47362

*(If more than one Plaintiff, use an additional piece of paper)*

F. CERTIFICATION *(Optional)*

Under penalty of perjury, I declare that the facts alleged in this complaint are true and correct to the best of my knowledge and belief.

_Nigel Joyner_
Signature of Plaintiff

REQUEST TO PROCEED IN DISTRICT COURT WITHOUT PREPAYING FEE

[✓]  I DO request that I be allowed to file this complaint without paying the filing fee. I Have completed a request to proceed in the district court without prepaying the fee and attached it to this complaint.

[ ]  I DO NOT request that I be allowed to file this complaint without prepaying the filing Fee under 28 U.S.C. § 1915 and I have included the full filing fee with this complaint.