UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| NIGEL TRICE JOYNER, | ) |
| Plaintiff, | ) ) ) |
| v. | ) ) No. 1:23-cv-00138-TWP-MG |
| GEO GROUP INC., <br> MARK SEVIER, <br> SCOTT FITCH, <br> BRYAN VANDERVOET, <br> SAMMY JOSEPH, <br> BARRY PRIVETT, <br> SHANE NELSON, <br> MELISSA RUTLEDGE, | ) ) ) ) ) ) ) ) ) |
| Defendants. | ) |

**FINAL JUDGMENT**

The Court now enters FINAL JUDGMENT. This action is **dismissed without prejudice**.

Date: 2/6/2023

Hon. Tanya Walton Pratt, Chief Judge
United States District Court
Southern District of Indiana

Roger A. G. Sharpe, Clerk of Court

By: _____

Deputy Clerk

Distribution:

NIGEL TRICE JOYNER
150058
NEW CASTLE - CF
NEW CASTLE CORRECTIONAL FACILITY - Inmate Mail/Parcels
1000 Van Nuys Road
NEW CASTLE, IN 47362